UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSHUA JONES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-204 |
| | § | |
| WARDEN GEIVANS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by Plaintiff Joshua Jones, who is currently assigned to the Texas Department of Criminal Justice – Correctional Institutions Division (TDCJ-CID) Connally Unit in Kenedy, Texas. Plaintiff claims that his constitutional rights were violated by several Connally Unit prison officials.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

The Connally Unit is located in Karnes County, Texas. Each named defendant resides in Karnes County, and the events forming the basis of Plaintiff's complaint occurred in Karnes County, and the Plaintiff and Defendants can be found there. (D.E.

1). Karnes County is located in the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). There is no nexus to the Corpus Christi Division of the Southern District of Texas. The interests of justice, therefore, would be served by a transfer to the San Antonio Division of the Western District of Texas.

Accordingly, IT IS ORDERED that this case be TRANSFERRED to the United States District Court for the Western District of Texas, San Antonio Division. All pending motions are denied as moot, subject to re-urging after the case is transferred.

ORDERED this 19th day of July, 2018.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE